H. F. HAHN, Appellant, v. T. R. CADWALADER, as Trustee of the Marblehead Land Company, a Corporation, Appellee.
No. 9001.

Circuit Court of Appeals, Ninth Circuit.
Oct. 3, 1938.

Harry J. Miller, of Los Angeles, Cal., for appellant.

Salisbury, Robinson & Himrod, of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

1006

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.